## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas B. Masucci, | : | Bankruptcy No. 15-15374-jkf |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Nationstar Mortgage, LLC, | : | |
|     Movant, | : | |
| | : | |
| Thomas B. Masucci, | : | |
|     Debtor(s) / Respondent(s) | : | |
| | : | |
| and | : | |
| William C. Miller, | : | |
|     Trustee/Respondent. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage, LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

                Matthew C. Waldt, Esquire
                Milstead & Associates, LLC
                1 E. Stow Road
                Marlton, NJ 08053
                (856) 482-1400

      Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:  July 20, 2016                          MILSTEAD & ASSOCIATES, LLC
                                                          BY:  /s/Matthew C. Waldt
                                                            Matthew C. Waldt
                                                             Attorney ID No. 203308
                                                             1 E. Stow Road
                                                              Marlton, NJ 08053

200724-5