# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas B. Masucci<br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>　　　　　　　　　Moving Party<br>　　vs.<br><br>Thomas B. Masucci<br>　　　　　　　　　Debtor<br><br>William C. Miller<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 15-15374 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief of Nationstar Mortgage LLC, which was filed with the Court on or about **4/22/2016**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 16, 2016