IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **THOMAS B. MASUCCI,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 15-15374-jkf** |

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. §1307(b)

AND NOW, this 11th day of October, 2016, it appearing that this case has not been converted under section 706, 1112, or 1208 of the Bankruptcy Code, pursuant to the Debtor's voluntary request under 11 U.S.C. §1307(b), it is hereby **ORDERED** that:

1. This case is dismissed pursuant to 11 U.S.C. §1307(b).
2. Counsel for the Debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, if such has not been filed.
3. Any Wage Deduction Orders previously entered are **VACATED**.
4. Pursuant to 11 U.S.C.§349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall re-vest in the entity in which such property was vested immediately before commencement of this case. All other property of the estate shall re-vest pursuant to 11 U.S.C.§349(b)(3).
5. All applications for allowance of administrative expenses, which include but are not limited to, application for allowance of professional expenses and attorney compensation shall be filed within twenty (20) days from the entry of this Order, for which jurisdiction is retained.
6. Counsel for the Debtor(s) shall serve this Order by _First Class Mail_ _____ (method of service) on all interested parties within five (5) days of the entry of this Order and file a Certification of Service confirming that such service has been made.

BY THE COURT:

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Copies to (next page)

Copies to:

Roger V. Ashodian
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J Baker Esquire
Sr. Assistant US Trustee
833 Chestnut Street Suite 500
Philadelphia PA  19107

Nationstar Mortgage, LLC
c/o Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Chestnut Hill Clinic Company
P.O. Box 14000
Belfast, ME  04915

Citizens One Home Loans
10561 Telegraph Road
Glen Allen, VA  23059

Creditech
50 N. 7th Street
Bangor, PA  18013

East Norriton Township
2501 Stanbridge Street
East Norriton, PA  19401-1616

(continued next page)


Copies to (continued):

Mercy Suburban Hospital
P.O. Box 822963
Philadelphia, PA  19182

Patient First
5000 Cox Road
Glen Allen, VA  23060

RBS Citizens, N.A.
10561 Telegraph Road
Glen Allen, VA  23059

Receivable Management Systems
7206 Hull Street Road, Suite 211
North Chesterfield, VA  23235

Thomas B. Masucci
2012 Birchwood Drive
East Norriton, PA  19401