```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 15-15374-jkf
Thomas B. Masucci                                               Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2      User: ChrissyW          Page 1 of 2          Date Rcvd: Oct 12, 2016
                          Form ID: pdf900         Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db             +Thomas B. Masucci,    2012 Birchwood Drive,    East Norriton, PA 19401-2017
13576251       +Alyk L. Oflazian, Esquire,    and David Fein, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13576252       +CCO Mortgage,   P.O. Box 42111,    Providence, RI 02940-2111
13576253       +Chestnut Hill Clinic Company,    P.O. Box 14000,    Belfast, ME 04915-4033
13594957       +Citizens Bank, N.A.,    f/k/a RBS Citizens, N.A.,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
13576447       +Citizens One Home Loans,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13576448       +Creditech,   50 N. 7th Street,    Bangor, PA 18013-1791
13576449        East Norriton Township,    2501 Stanbridge Street,    East Norriton, PA 19401-1616
13576254       +John M. Kolesnik III, Esquire,    Stern & Eisenberg, P.C.,    1040 N. Kings Highway, Suite 4,
                 Cherry Hill, NJ 08034-1908
13576255       +Mercy Suburban Hospital,    P.O. Box 822963,    Philadelphia, PA 19182-2963
13576256      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13576257       +Nationstar Mortgage, LLC,    P.O. Box 42111,    Providence, RI 02940-2111
13576454       +Patient First,    5000 Cox Road,    Glen Allen, VA 23060-9271
13576258       +RBS Citizens, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 13 2016 02:07:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:07:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2016 02:07:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13576456       +E-mail/Text: colleen.atkinson@rmscollect.com Oct 13 2016 02:07:50
                 Receivable Management Systems,    7206 Hull Street Rd,    Suite 211,
                 North Chesterfield, VA 23235-5826
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13576445*      +Alyk L. Oflazian, Esquire,    and David Fein, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13576446*      +Chestnut Hill Clinic Company,    P.O. Box 14000,    Belfast, ME 04915-4033
13576450*      +John M. Kolesnik III, Esquire,    Stern & Eisenberg, P.C.,    1040 N. Kings Highway, Suite 4,
                 Cherry Hill, NJ 08034-1908
13576451*      +Mercy Suburban Hospital,    P.O. Box 822963,    Philadelphia, PA 19182-2963
13576452*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13621425*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13576453*      +Nationstar Mortgage, LLC,    P.O. Box 42111,    Providence, RI 02940-2111
13576455*      +RBS Citizens, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Oct 12, 2016
                              Form ID: pdf900             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          GREGORY   JAVARDIAN    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          ROGER V. ASHODIAN    on behalf of Debtor Thomas B. Masucci ecf@schollashodian.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

THOMAS B. MASUCCI,    :    CHAPTER 13
                     :
    Debtor           :    BANKRUPTCY NO. 15-15374-jkf

ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. §1307(b)

AND NOW, this 11th day of October, 2016, it appearing that this case has not been converted under section 706, 1112, or 1208 of the Bankruptcy Code, pursuant to the Debtor's voluntary request under 11 U.S.C. §1307(b), it is hereby **ORDERED** that:

1. This case is dismissed pursuant to 11 U.S.C. §1307(b).

2. Counsel for the Debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, if such has not been filed.

3. Any Wage Deduction Orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C.§349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall re-vest in the entity in which such property was vested immediately before commencement of this case. All other property of the estate shall re-vest pursuant to 11 U.S.C.§349(b)(3).

5. All applications for allowance of administrative expenses, which include but are not limited to, application for allowance of professional expenses and attorney compensation shall be filed within twenty (20) days from the entry of this Order, for which jurisdiction is retained.

6. Counsel for the Debtor(s) shall serve this Order by _first class mail_ _____ (method of service) on all interested parties within five (5) days of the entry of this Order and file a Certification of Service confirming that such service has been made.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Copies to (next page)

Copies to:

Roger V. Ashodian
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J Baker Esquire
Sr. Assistant US Trustee
833 Chestnut Street Suite 500
Philadelphia PA  19107

Nationstar Mortgage, LLC
c/o Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Chestnut Hill Clinic Company
P.O. Box 14000
Belfast, ME  04915

Citizens One Home Loans
10561 Telegraph Road
Glen Allen, VA  23059

Creditech
50 N. 7th Street
Bangor, PA  18013

East Norriton Township
2501 Stanbridge Street
East Norriton, PA  19401-1616

(continued next page)

Copies to (continued):

Mercy Suburban Hospital
P.O. Box 822963
Philadelphia, PA 19182

Patient First
5000 Cox Road
Glen Allen, VA 23060

RBS Citizens, N.A.
10561 Telegraph Road
Glen Allen, VA 23059

Receivable Management Systems
7206 Hull Street Road, Suite 211
North Chesterfield, VA 23235

Thomas B. Masucci
2012 Birchwood Drive
East Norriton, PA 19401