## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas B. Masucci | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 15-15374 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9334

Respectfully submitted,

**/s/Thomas Puleo, Esquire**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406